IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02207-AP

YVONNE RATH,
Plaintiff,

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,
    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Joseph A. Whitcomb, Esq.
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
Telephone: (303) 534-1954
Fax: (303) 534-1949
joe@RMDLG.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
District of Colorado
J.B.Garcia@usdoj.gov

David I. Blower
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

- 1 -

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

     A.    **Date Complaint Was Filed**: 8/16/13

     B.    **Date Complaint Was Served on U.S. Attorney's Office**: 9/6/13

     C.    **Date Answer and Administrative Record Were Filed**: 11/21/13

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.  OTHER MATTERS**

The parties state that there are no other matters.

**8.  BRIEFING SCHEDULE**

     A.    **Plaintiff's Opening Brief Due**: 1/21/14

     B.    **Defendant's Response Brief Due**: 2/20/14

     C.    **Plaintiff's Reply Brief (If Any) Due**: 3/7/14

## 9. STATEMENTS REGARDING ORAL ARGUMENT

      A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

      B.    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

      A.    (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

      B.    ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 10th day of December, 2013.

                            BY THE COURT:

                            *s/John L. Kane*
                            U.S. DISTRICT COURT JUDGE

APPROVED:

                                                John F. Walsh
                                                United States Attorney

| | |
|---|---|
| s/ Joseph A. Whitcomb | **By:** s/ *David I. Blower* |
| Rocky Mountain Disability Law Group | Special Assistant U.S. Attorney |
| 1391 Speer Blvd., Suite 705 | 1001 17th Street |
| Denver, CO 80204 | Denver, CO 80202 |
| Telephone: (303) 534-1954 | 303-844-1571 |
| Fax: (303) 534-1949 | 303-844-0770 (facsimile) |
| joe@RMDLG.com | David.blower@ssa.gov |
| Attorneys for Plaintiff | Attorneys for Defendant |