**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02217-AP

JENNIFER R. MORRIS,

                          Plaintiff

vs.

CAROLYN W. COLVIN
Acting Commissioner of Social Security,

                          Defendant

---

**ORDER**

---

Upon consideration of Plaintiff's Unopposed Motion For Award Of Attorney Fees Pursuant To The Equal Access to Justice Act, 28 U.S.C. Section 2412(d) [doc. #17], filed February 4, 2014, it is,

ORDERED that the motion is GRANTED.  Plaintiff is awarded EAJA attorney fees in the amount of $744.00, to be made payable to Plaintiff and mailed to Plaintiff's counsel, Alan M. Agee at 512 S. 8th Street, Colorado Springs, CO 80905.

DATED this  4th  day of February, 2014

                                            **BY THE COURT**

                                            *s/John L. Kane*
                                            U.S. District Court Judge