**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-CV-02217-JLK

JENNIFER R. WOODS,

        Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

---

**ORDER**

---

THIS MATTER having come before the Court upon the Motion For An Award Of Attorney's Fee Under 42 U.S.C. Section 406(b), and upon review of said motion and being apprized in the premises, hereby GRANTS said motion (Doc. 19) and orders that Plaintiff's attorney, Alan M. Agee, is entitled to an award of $4,746.73 for attorney's fee pursuant to 42 U.S.C. Section 406(b).

DATED at Denver, Colorado on November 13, 2015

                                            **BY THE COURT**

                                           *s/ John L. Kane*
                                           Senior U.S. District Court Judge